## Commonwealth *v.* Meininger, Appellant.

Submitted March 9, 1970.

*John H. Chronister,* Assistant Public Defender, for appellant; *William H. Neff, Jr.,* Assistant District Attorney, and *Harold N. Fitzkee, Jr.,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.